**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-7795

DAVID MYRON SUIRE,

Plaintiff – Appellant,

v.

STATE COMMISSIONER; WICOMICO COUNTY DETENTION CENTER,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, District Judge. (1:13-cv-03106-JKB)

Submitted: December 19, 2013     Decided: December 24, 2013

Before SHEDD, DAVIS, FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Myron Suire, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Myron Suire appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Suire v. State Comm'r, No. 1:13-cv-03106-JKB (D. Md. Oct. 24, 2013). We also deny Suire's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED